THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MILLER, Appellant.— Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.

 In the Matter of NICHOLAS LA PENTA, JR., Doing Business as TUNIC'S HOTEL, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.— Motion for a stay denied. (See *Matter of Barcus* v. *O'Connell*, 281 App. Div. 1064).

 ORLEAN G. PETRINEC et al., Appellants, v. THEODORE A. EHMKE et al., Respondents.— Memorandum: An application for permission to appeal as a poor person (CPLR, art. 11) must be made in the first instance to the trial court. (See *Jenks* v. *Murphy*, 21 A D 2d 346.)